Argued and submitted June 6, reversed and remanded July 9, 2014

In the Matter of the Compensation of
Steven N. Sieczkowski, Claimant.
Steven N. SIECZKOWSKI,
*Petitioner,*

*v.*

LANE COUNTY,
*Respondent.*

Workers' Compensation Board
1103528; A152399

331 P3d 1079

Christopher D. Moore argued the cause and filed the briefs for petitioner.

Brian L. Pocock filed the brief for respondent.

Before Duncan, Presiding Judge, and Wollheim, Judge, and Lagesen, Judge.

PER CURIAM

Reversed and remanded. *Brown v. SAIF*, 262 Or App 640, 325 P3d 834 (2014).